IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 13-40 |
| | ) |
| MARIO T. HERRING | ) |
| aka Hondo Amun El | ) |

## ORDER

The Court conducted a status conference on September 19, 2013, in open court to address whether Defendant will be represented by counsel or will represent himself, following Defendant's refusal to meet with his appointed counsel, Steven Townsend, Esquire. The Court determined that by his conduct the Defendant is refusing the assistance of counsel and attempted to conduct a colloquy with Defendant regarding his rights if he represents himself. Defendant refused to answer the Court's questions.

The Court therefore directed that Defendant and counsel should confer and determine whether Defendant will cooperate with counsel. If Defendant will cooperate with appointed counsel we will proceed with this case with Mr. Townsend as Defendant's counsel. If Defendant will not cooperate with appointed counsel then Defendant will represent himself. In answer to a question from the Court, Mr. Townsend stated that he would be willing to act as stand-by counsel in the event that Mr. El wishes to represent himself.

Accordingly, the following Order is hereby entered.

AND NOW, this _19th_ day of September, 2013, it is hereby ORDERED, ADJUDEGED and DECREED that no later than October 14, 2013, Defendant's appointed counsel, Steven Townsend, shall indicate on the record, after consultation with Defendant, whether he will continue to represent Defendant.

Maurice B. Cohill, Jr.
Senior United States District Court Judge